**No. 59991.**—Remington Rand, Inc. *v.* United States, protests 246076–K (A), etc. (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of wooden containers of typewriters which constitute the usual and ordinary containers of typewriters and are not suitable for any other use. On the record presented and following *United States* v. *American Railway Express Co.* (11 Ct. Cust. Appls. 211, T. D. 38968), the claim of the plaintiff was sustained.

**No. 59992.**—Accurate Millinery Co. et al. *v.* United States, protests 188556–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.